UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EMILY BOURETT, | : | CIVIL ACTION NO. |
| | : | 3:22-cv-01496 (VAB) |
| Plaintiff | | |
| v. | : | |
| | : | |
| CVS RX SERVICES, INC | : | JURY TRIAL DEMANDED |
| | : | |
| Defendant | : | DECEMBER 9, 2022 |

## AMENDED COMPLAINT

FIRST COUNT:   (PLAINTIFF, EMILY BOURRET AS TO CVS RX SERVICES, INC.
VIOLATION OF CGS §46a-60(a)(1);46-60(a)(4); AND 46a-58(a).)

1.  Plaintiff, Emily Bourret ("Bourret") at all pertinent times complained of resided in

Unionville, Connecticut.

2.  The Defendant, CVS Rx Services, Inc. ("CVS"), is in the business of providing

pharmaceutical services, including but not limited health and wellness services through a CVS

Pharmacy chain. CVS has a Bristol, Connecticut facility located at 60 Middle Street, Bristol, CT.

CVS has its corporate headquarters located One CVS Drive, Woonsocket, RI 02895.

3.  In or around June of 2014 Bourret began working for CVS Pharmacy at its Bristol, CT

store on Middle Street.

4.  In or around October of 2020, a new store manager, Argetem Mamudi was appointed to

the Bristol CVS store. Mr. Mamudi was hostile towards Bourret and would become aggressive and

angry when she requested assistance from him from the "front" of the store.

BROWN PAINDIRIS & SCOTT, LLP – ATTORNEYS AT LAW
100 PEARL STREET – HARTFORD, CT 06103 – (860) 522-3343 – JURIS NO. 020767

5.  In November of 2020, after requesting assistance, Mr. Mamudi slammed a store printer and broke it.

6.  On another occasion after Bourret advised Mr. Mamudi about a CVS worker, a nursing student, transferring to the Pharmacy department he stated he would not help the Pharmacy in any capacity.

7.  Later, Mr. Mamudi also intimated that Bourret had an inappropriate relationship with a supervisor, Peter Moscibrodzki. This was not true and caused Bourret to feel embarrassed.

8.  On or about January 22, 2021, Bourret filed an initial complaint with her supervisor, Peter Moscibrodzki advising that she was being harassed by Mr. Mamudi. Nothing came of the initial complaint, and to Plaintiff's knowledge there was no adequate investigation of the complaint.

9.  Sometime after her initial complaint, Bourret herself became the subject of an investigation. Bourret received a warning on or about February 22, 2021. She also received a poor review for the first time on or about March 10, 2021.

10.  On or about May 13, 2021, a former pharmacy employee came to visit. He tried to help by putting filled prescriptions in bins. When he was behind the counter, Bourret was responsible for the Pharmacy at that time.

11.  After that date, on May 17, 202,1 when Bourret requested to use FMLA time due to work stress, she was advised not to take a leave of absence.

12.  Bourret was terminated by CVS on June 14, 2021, for allowing the former employee, who had appropriate clearances, behind the Pharmacy counter on May 13, 2021. This former employee was actually paid by CVS for assisting behind the counter.

BROWN PAINDIRIS & SCOTT, LLP – ATTORNEYS AT LAW
100 PEARL STREET – HARTFORD, CT 06103 – (860) 522-3343 – JURIS NO. 020767

13.  Bourret, was terminated due to her gender (female), her complaint of discrimination and because she wanted to utilize the FMLA.

14.  As a result of the Defendant's conduct, Bourret who was gainfully employed, has lost the wages and benefits therefrom. She has also not been able to earn as much income at present as she had earned at CVS. She has also sustained other damages, including, but not limited to, emotional distress, mental upset and embarrassment from the Defendant's conduct.

SECOND COUNT:  (PLAINTIFF EMILY BOURRET AS TO CVS RX SERVICES, INC. VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, AS AMENDED)

1.  The plaintiff hereby incorporates by reference paragraphs 1 through 14 of the First Count as though fully set forth herein.

15.  The Defendant's conduct was in violation of Title VII of the Civil Rights Act of 1964, as amended.

THIRD COUNT:  ( PLAINTIFF EMILY BOURRET AS TO CVS RX SERVICES, INC. VIOLATION OF 29 USC §2615 (a))

1.  The plaintiff hereby incorporates by reference paragraphs 1 through 14 of the First Count as though fully set forth herein.

15.  The Defendant's conduct was in violation of 29 USC §2615 (a) as it interfered with her rights to utilize the FMLA.

FOURTH COUNT:  ( PLAINTIFF EMILY BOURRET AS TO CVS RX SERVICES, INC. VIOLATION OF 29 –  RETALIATION)

1.  The Plaintiff hereby incorporates by reference paragraphs 1 through 14 of the First Count as though fully set forth herein.

15.  In denying Bourret to take a leave under FMLA for work related stress and terminating her, the Defendant engaged in a systematic course of retaliation against her because she previously opposed discriminatory conduct based on her gender, and because she had previously reported the harassment.

16. This retaliation included the warning she received in February of 2021, being placed on a Performance Improvement Plan in May of 2021, and being discharged in June of 2021.

17.  The retaliation was unlawful pursuant to State and Federal law, including, but not limited to C.G.S.§46a-60 (b) (4) and 42 U.S.C. §2000e-3(a).

WHEREFORE, the plaintiff claims:

1.  Compensatory damages on all counts;

2. Non-economic Damages;

3. Punitive damages;

4.  Liquidated damages;

5.  Attorney's fees;

6. Costs;

7.  Such other and further relief as the Court may deem just and proper.

Respectfully Submitted:

PLAINTIFF, EMILY BOURRET

By  /s/ Bruce E. Newman

Bruce E. Newman (ct 12301)
Brown, Paindiris & Scott, LLP
100 Pearl Street, 10th Floor
Hartford, CT 06103
Tel.: (860) 522-3343
Fax: (860) 522-2490
bnewman@bpslawyers.com

## **CERTIFICATION OF SERVICE**

       I hereby certify that on December 9, 2022, a copy of the forgoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                          _/s/ Bruce E. Newman_____
                                          Bruce E. Newman (ct 12301)